IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PATRICK ANDREW HIGHMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 4:13-CV-781-C |
| ) | |
| WILLIAM STEPHENS, ) | |
| Director, T.D.C.J. ) | |
| Correctional Institutions Div., ) | |
| ) | |
| Respondent. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS AND TRANSFERRING CASE TO THE UNITED STATE COURTS OF APPEALS FOR THE FIFTH CIRCUIT

In this action brought by Petitioner, Patrick Andrew Highman, under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and -numbered cause:

1. the pleadings and record;

2. the proposed findings, conclusions, and recommendation of the United States Magistrate Judge filed on September 24, 2013; and

3. the Petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States Magistrate Judge filed on October 9, 2013.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled and that the petition for writ of habeas corpus should be transferred to the United States Court of Appeals for the Fifth Circuit, for the reasons stated by the magistrate judge.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Patrick Andrew Highman's petition for writ of habeas corpus is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit.

SIGNED October 21, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE